In the Circuit Court of
Saint Paul, Minnolpis Minnosta

Angela Nails,
  Plaintiff,

Case # 13cv3145 DWF/JSM

Vs.

US Bank NA, ND,
  Defendant;

ORGINAL PETITION

I am the plaintiff Angela Nails age 52 and I am a United States Citizen. On ~~06~~ July Aug Sept Oct 07/08/09/10 2013 U.S. Bank took Advantage of my Checking account ending in 1337. I am not responsiable

for any Charges added to the Checking account. The Charges Come from U.S. Bank accepting a Certified letter inside a money Order. The $183.05 was lost or Sent to a Credit Card I have with office Depo US Bank is the issuer of the Credit Card. U.S. Bank advisor Promise to Correct the issues of their

mistake. I do not feel that my account should be reported to check systems or my U.S. Bank checking account should be close. Even though I deposited the funds I with drew the funds because It was not my responsibilty to Correct the issues of the acceptance of the money order

Then US bank acceptance Signing for Junds.

## U.S. Bank Credit Card Transaction

I am attempting to file a dispute on the Credit Card number ending in 9171.

I Paid using the Credit Card number ending in 9171

$75.00 Consult to a Destin, Florida Cosmetic Surgent office. Per The agreement (1) To take photo's

(2) To Exam body for areas for removal of fat area's

(3) To talk about the fat areas to be removed and The Cost

(4) To email or to mail photo's to Client

I did not receive photo's the same day. I needed The photo's for another cosmetic Surgent to review for next

day Surgery. When I had to Contnue to email The Surgent office I did not get The Surgery date I needed. I did not receive the agreement that was Promise to me. I filed a dispute with The Credit Card US Bank for the return of $75.00 They Said they did not understand my dispute because I Paid for the visit to The

Destin, Florida office. During my complaint to Credit Card dispute for $75.00 the Destin, Florida office excepted the responsibity of not responding time. And told Card Services Sending a email to The Credit Card Services U.S. Bank. U.S. Bank refues to credit my account $75.00.

# DAMAGES

The damages are:

(1) $75.00 paid to Destin, Florida Surgent Office

(2) $400.00 for Checking account Accepting account to be put at o-balance.

(3) No use of account, no notice sent by letter of 30 days date account is closing

(4) Tech Support Sumilling request to Chex Systems reporting a balance owed to U.S. Bank. Chex System reporting is a negtive spot on credit and a person can

not open a bank checking account saving account or use other bank services for 2ive years when bank information has to be remove by Chex Systems or bank can remove nestve information from Chex Systems

(5) # 3 #4 #5   I am asking for damages in the amount of $7,500.00. I have for more than 3 months made telephone calls to U.S. Bank sent letters answer post cards from U S Bank about checking account being nestve. The

opportunity to speak with a supervisor other than Mearith who was not in control on the issue of the checking account she could not do any temp payments to my account without the approval of her supervisor. I ask to talk to her supervisor she and customer service refused to take my call back information for a supervisor to call me back. Now a legal action is being filed and their is no need.

# Filling Fees AND Service Fees Repaid

I am the plaintiff Angela Nails

I ask that all Filing fees and service fees be repaid. Also all other fees that may become a part of this legal action aganist US Bank.

# Hearing By Telephone Mediation AND Telephone Hearing For Court Hearing

The plaintiff ask the Court for

All hearings by telephone and any Settlement and mediation hearing are by telephone.

_____Angela Nails_____
ANGELA NAILS

# EXCEPTION

The Plaintiff Angela Nails who is a United States Citizen is filing exception. The Plaintiff exception is for Personal Property, household goods vechicals, Bank accounts and Social Security retirement/Disability (SSD). Under the Proverty excemp Laws on this State.

_Angela Nails_
ANGELA NAILS

# CERTIFCATION

I used United States mail to mail my orginal Petition on Nov 6, 2013.

*Angela Nails*
ANGELA NAILS

SERVICE ADDRESS

Defendant: Legal Department U.S. Bank
800 Niollet Mall Minndpis, MN
55402.

*Angela Nails*
ANGELA NAILS

**U.S. Bank**

DIRECT BANK 24 HOUR BANKING (OOF)
60 LIVINGSTON AVENUE
ST. PAUL, MN 55107-2292

300

ANGELA NAILS MC CAA
464 E BROAD ST
OZARK AL  36360-1511

Current Business Date
Sep. 25, 2013

DDA317

Account Number Ending In
1337

Dear Valued Customer:

Thank you for choosing U.S. Bank. You have been notified recently regarding your overdrawn checking account. We would like to work with you to resolve this issue and prevent your credit record from negative impact. At U.S. Bank, our goal is to provide products and services that meet your needs. We now offer a repayment plan option that allows you to make payments each month towards your overdrawn balances while you retain and use your checking account.

If you are interested in learning more about the repayment plan option, please contact us at 1-800-638-7294. We will be happy to assist you with setting up a repayment plan or answer any questions you may have regarding your options. A customer service representative is available Monday through Friday from 8 a.m. to 6 p.m. CST.

We look forward to continuing to provide you with the best financial products and services available.

Sincerely,

U.S. Bank

Member FDIC

---

10/7/13

I have requested someone from the U.S. Bank Corp division to call me (913) 246-2571. I do not wish Marla to call me. I will call law enforcement if she calls me.

Angela D. Nails McCaa

Angela Nails
Post office Box 172178
Kansas City, Kansas 66117

Circuit Court Clerk office
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

RECEIVED
BY MAIL
NOV 12 2013
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

